UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | ) | |
|---|---|---|
| In Re Motion for Protective Order | ) | Case No. 1:16-mc-00042-WTL-TAB |
| | ) | |

DECLARATION
OF JAMES E. WEAVER IN SUPPORT OF
BRIEF OF THE UNITED STATES IN RESPONSE TO MOTION FOR PROTECTIVE
ORDER AND CROSS-MOTION FOR TRANSFER OF VENUE

I, James E. Weaver, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.  I am employed as an attorney with the United States Department of Justice, Tax Division in Washington, D.C.  I am assigned responsibility for representing the interests of the United States in the captioned matter.  I make this declaration in support of the Brief of the United States in Response to Motion for Protective Order and Cross-Motion for Transfer of Venue.  I am also assigned responsibility for representing the interests of the United States in a tax refund suit captioned *Bren Simon v. United States*, No. 1:15-cv-00538-REB-KMT (D. Colo.) (the "Colorado Case").

2.  I attach hereto as **Exhibit A** a true and correct copy of a document received from Plaintiff Bren Simon in the Colorado Case.  The document is, on its face, an e-mail chain dated December 17, 2008 (BRS002526-27) followed by a draft memorandum concerning "Proposed Transfer of Ownership Interests in the Indiana Pacers" (BRS002528-31).  I have redacted certain information in the e-mail chain and most of the draft memorandum under the label of "Personal Privacy."

3.  I attach hereto as **Exhibit B** a true and correct copy of selected pages from a document received from Plaintiff Bren Simon in the Colorado Case.  The document is, on its face, entitled Operating Agreement of Pacers Basketball, LLC dated as of February 2, 2009

14103385.1

(BRS000158, 167, 205).  I have redacted certain information in this exhibit under the label of "Personal Privacy."

4.I attach hereto as **Exhibit C** a true and correct copy of the first page from a document received from Plaintiff Bren Simon in the Colorado Case.  The document is, on its face, entitled First Amended and Restated Shareholders Agreement effective as of December 8, 2008 (BRS000001).  I have redacted certain information in this exhibit under the label of "Personal Privacy."

5.I attach hereto as **Exhibit D** a true and correct copy of an attachment to the Complaint filed by Plaintiff Bren Simon in the Colorado Case consisting of a letter entitled Notice of Deficiency.

6.I attach hereto as **Exhibit E** a true and correct copy of a Scheduling Order docketed in the Colorado Case on August 12, 2015.  The Scheduling Order includes short statements of the claims and defenses of the parties to the Colorado Case.

7.I attach hereto as **Exhibit F** a true and correct copy of the subpoena packet issued to Pacers Basketball, LLC ("PBLLC") on December 23, 2015.

8.I attach hereto as **Exhibit G** a true and correct copy of the subpoena packet issued to Herbert Simon on December 23, 2015. I have redacted certain information in this exhibit under the label of "Personal Privacy."

9.I attach hereto as **Exhibit H** a true and correct copy of the subpoena packet issued to Stephen Simon on December 23, 2015. I have redacted certain information in this exhibit under the label of "Personal Privacy."

10. I attach hereto as **Exhibit I** a copy of a letter that I sent to Daniel Kelley on March 11, 2016. I have not included the attachments to the letter. I have redacted certain information in this exhibit under the label of "Personal Privacy."

11. I attach hereto as **Exhibit J** a copy of a letter that I sent to Daniel Kelley on March 29, 2016. I have not included the attachments to the letter.

12. In addition to the subpoenas for documents issued to PBLLC, Herbert Simon, and Stephen Simon in December 2015, the United States issued subpoenas to other persons and entities, including the National Basketball Association, Ellin & Tucker, Chartered, and Katz Sapper Miller, LLC.

13. In response to subpoenas issued to various persons in the Colorado Case, the United States received some of the information requested from Herbert Simon, Stephen Simon and PBLLC.

14. I attach hereto as **Exhibit K** a copy of a protective order entered by the Court in the Colorado Case on March 1, 2016 with respect to the production of documents by the National Basketball Association in compliance with subpoenas in that case.

15. I attach hereto as **Exhibit L** a copy of a protective order entered by the Court in the Colorado Case on April 27, 2016 with respect to the production of documents by Katz, Sapper & Miller LLC in compliance with subpoenas in that case.

16. I attach hereto as **Exhibit M** a copy of a follow up letter that I sent to Daniel Kelley on April 5, 2016.

17. I attach hereto as **Exhibit N** a copy of a letter that I received from Daniel Kelley on April 12, 2016, with attachment. The letter is one PDF file (part 1 of 2). The attachment is a second PDF file (part 2 of 2).

18. I attach as **Exhibit O** a copy of a letter that I sent to Daniel Kelly on April 29, 2016. I have redacted certain information in this exhibit under the label of "Protective Order."

19. I attach as **Exhibit P** a copy of a revised subpoena for documents issued to Pacers Basketball, LLC on April 29, 2016.

20. I attach as **Exhibit Q** a copy of a revised subpoena for documents issued to Herbert Simon on April 29, 2016.

21. I attach as **Exhibit R** a copy of a revised subpoena for documents issued to Stephen Simon on April 29, 2016.

22. I attach as **Exhibit S** a copy of a proposed protective order attached to my letter to Daniel Kelley on April 29, 2016.

23. I attach as **Exhibit T** a copy of a subpoena for deposition testimony issued to Herbert Simon on April 29, 2016. I have redacted certain information in this exhibit under the label of "Personal Privacy."

24. I attach as **Exhibit U** a copy of a subpoena for deposition testimony issued to Kevin Bower on April 29, 2016. I have redacted certain information in this exhibit under the label of "Personal Privacy."

25. I attach as **Exhibit V** a copy of a subpoena for deposition testimony issued to Donald Walsh on April 29, 2016. I have redacted certain information in this exhibit under the label of "Personal Privacy."

26. I attach as **Exhibit W** a copy a letter, with attachment, received from Daniel Kelley on May 6, 2016. The letter is one PDF file (part 1 of 2). The attachment is a second PDF file (part 2 of 2).

27. I attach as **Exhibit X** a copy of a letter, with attachment, received from Daniel Kelley on May 10, 2016. The letter is one PDF file (part 1 of 2). The attachment is a second PDF file (part 2 of 2).

28. I attach as **Exhibit Y** a copy of an e-mail chain containing e-mails that I sent to, and received from, Dan Kelley from April 29, 2016 through May 12, 2016.

29. I attach as **Exhibit Z** a copy of an e-mail chain containing e-mails between Daniel Kelley and me running from April 29, 2016 through May 13, 2016. I have not included the attachments to the e-mail of May 13, 2016 in this exhibit.

30. I attach as **Exhibit AA** a copy of a letter that I sent to Daniel Kelley on May 16, 2016, along with an attachment. The letter is one PDF file (part 1 of 2). The attachment is a second PDF file (part 2 of 2).

31. On June 8, 2016, I sent a letter to Daniel Kelley proposing custodians and search terms to use in searching electronically stored information responsive to the subpoena directed to PBLLC.

32. Following additional conversations with Mr. Kelley in late May 2016 and early June 2016, we concluded during a telephone conversation on June 9, 2016 that we had reached an impasse as to terms of a stipulated protective order and with respect to assertion of the Indiana state law accountant-client privilege by Mr. Kelley's clients.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of June, 2016.

/s/ James E. Weaver
JAMES E. WEAVER
Trial Attorney, Tax Division

14103385.1